JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTORS MEDICAL CENTER OF MODESTO,<br><br>Defendants. | Case No. **2:06-cv-02886-FMC-FMOx**<br><br>ASSIGNED TO THE<br>HON. FLORENCE-MARIE COOPER<br><br>**[~~PROPOSED~~] JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that Plaintiff BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND's Complaint is dismissed with prejudice and that

1  Defendant DOCTORS MEDICAL CENTER OF MODESTO shall recover its costs in
2  the amount of _____.
3        The Court orders that such judgment be entered.

5  Dated: April 3, 2008                    _____
6                                          FLORENCE MARIE COOPER
7                                          United States District Judge